**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 20-cr-03578-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| JESSICA NICOLLE SAVALA, | |
| Defendant. | |

   Upon motion of the United States of America and good cause appearing,

   IT IS HEREBY ORDERED that the Indictment in the above-entitled case against defendant JESSICA NICOLLE SAVALA be dismissed without prejudice.

   IT IS SO ORDERED.

Dated: May 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge